IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **EZEKIEL GAMBLE, JR.,** : | |
| Plaintiff, : | |
| : | NO. 5:11-CV-306 (MTT) |
| VS. : | |
| **DR. ROWLES,** *et al.,* : | |
| : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court Plaintiff Ezekiel Gamble, Jr., Response (Doc. 19) to the Motion to Dismiss filed by Defendants Dr. Rowles and Dr. Zanville.  (Doc. 12).  In this document, Plaintiff alleges, among other things, that he has not received a copy of the Defendants' Motion to Dismiss and, as such, is unable to prepare a meaningful response.

In view of the above, the Clerk is directed to send the Plaintiff a copy of the Defendants' Motion to Dismiss.  In addition, Plaintiff is **ORDERED AND DIRECTED** to file a response to the Motion **ON OR BEFORE DECEMBER 1, 2011**.  Thereafter, the Court will consider the motion and any opposition to the same filed by the Plaintiff.  If no response is submitted by Plaintiff, the Court will consider said motion to be uncontested.

**SO ORDERED**, this 7th day of November, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge