# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **EZEKIEL GAMBLE, JR.,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | NO. 5:11-cv-306 (MTT) |
| VS. | : | |
| | : | |
| **DR. JOHN ROWLES,** *et al.,* | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | : | Before the U.S. Magistrate Judge |
| | : | |

## RECOMMENDATION

Plaintiff Ezekiel Gamble, Jr., has moved the Court for permission to withdraw his claims against Defendants without prejudice. Doc. 24. Because an answer has been filed in the case, the Court interprets this motion as a motion for voluntary dismissal under Rule 41(a)(2). In the absence of any objection from Defendants, it is hereby **RECOMMENDED** that Plaintiff's motion be **GRANTED** and that this case be **DISMISSED**, without prejudice. It is further **RECOMMENDED** that Defendants' Motion to Dismiss (Doc. 12) be **DISMISSED**, as moot.

**SO RECOMMENDED**, this 13th day of April, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1