IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EZEKIEL GAMBLE, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-306(MTT) |
| DR. JOHN ROWLES, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 26). The Magistrate Judge recommends granting the Plaintiff's Motion to Withdraw, construed by the Magistrate Judge as a motion for voluntary dismissal pursuant to Rule 41(a)(2). The Magistrate Judge also recommends dismissing the Defendants' Motion to Dismiss as moot. No party filed an objection to the Recommendation.

The Recommendation is adopted and made the order of this Court. The Plaintiff's Motion to Withdraw/Dismiss is **granted** and his claims are **dismissed without prejudice**. The Defendants' Motion to Dismiss is **dismissed as moot**.

**SO ORDERED,** this 9th day of May, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT